# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| DONNA REIMELS, | CASE NO. 10CV2154-LAB (AJB) |
|---|---|
| Plaintiff, | **ORDER DISMISSING CASE** |
| vs. | |
| HUNT & HENRIQUES, | |
| Defendant. | |

Pursuant to the joint motion of the parties, this case is dismissed with prejudice. The parties shall bear their own fees and costs.

**IT IS SO ORDERED**.

DATED: September 11, 2012

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge